UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL POUPART (#357073)

VERSUS

DEPARTMENT OF PUBLIC SAFETY, ET AL.

CIVIL ACTION

24-931-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated May 28, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that pursuant to 28 U.S.C. §§ 1915(e) and 1915A, the following claims are dismissed with prejudice: (1) all claims the plaintiff is attempting to assert on behalf of others; (2) plaintiff's claim for violation of the Equal Protection Clause; (3) plaintiff's section 1983 claims asserted against defendant Department of Public Safety and Corrections; (4) plaintiff's section 1983 claims for monetary damages asserted against defendants Westcott and Bickham in their official capacities; and (5) plaintiff's ADA and RA claims asserted against defendants Westcott and Bickham in their individual and official capacities.

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 6.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings herein on the plaintiff's remaining claims: (1) plaintiff's constitutional claim for exposure to excessive heat asserted against defendants Westcott and Bickham in their individual capacities; and (2) plaintiff's ADA and RA claims asserted against the Louisiana Department of Public Safety and Corrections.

Signed in Baton Rouge, Louisiana, on this 24 day of June, 2025.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**