UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL POUPART (#357073)

VERSUS

DEPARTMENT OF PUBLIC SAFETY, ET AL.

CIVIL ACTION

24-931-SDD-RLB

## RULING

The Court has carefully considered the record, the *Motion,*[1] the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated July 20, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (R. Doc. 24) is denied, and this matter be referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, the 11th day of August, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 24.
[2] Rec. Doc. 33.