**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**PAUL POUPART (#357073)** **CIVIL ACTION**

**VERSUS**

**24-931-SDD-RLB**

**DEPARTMENT OF PUBLIC SAFETY, ET AL.**

**<u>RULING</u>**

Before the Court is the plaintiff's Third Motion for Preliminary Injunction and/or Temporary Restraining Order (R. Doc. 41). Plaintiff seeks an order for the defendants to provide him with relief from excessive heat which he alleges causes recurring infections in his J-Pouch. Plaintiff additionally alleges in his Motion that he also suffers from hypothyroidism and the condition and the required medication to treat it make him sensitive to heat. The Motion is opposed. *See* R. Docs. 46 and 50.

**Applicable Standard**

"A preliminary injunction is an extraordinary and drastic remedy; it is never awarded as of right." *Munaf v. Geren*, 553 U.S. 674, 689-90 (2008) (internal citations and quotations omitted). *See* also *Allied Marketing Group., Inc. v. CDL Marketing, Inc.*, 878 F.2d 806, 809 (5th Cir. 1989) (preliminary injunctive relief "is an extraordinary remedy and should be granted only if the movant has clearly carried the burden of persuasion with respect to all four factors"); *Mississippi Power & Light Co. v. United Gas Pipe Line Co.*, 760 F.2d 618, 621 (5th Cir. 1985) ("[t]he decision to grant a request for preliminary injunction is to be treated as the exception rather than the rule"). The decision whether to grant or deny a request for a preliminary injunction is within the sound discretion of the Court. *See Allied Mlttg. Grp., Inc.*, 878 F.2d at 809.

At all times, the burden of persuasion remains with the plaintiff as to each of the four elements. Specifically, a plaintiff must establish: (1) a substantial likelihood of prevailing on the merits; (2) a substantial threat of irreparable injury if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) the injunction will not disserve the public interest. *See Ridgely v. Fed. Emergency Mgmt. Agency*, 512 F.3d 727, 734 (5th Cir. 2008). If a plaintiff fails to meet his burden regarding any of the necessary elements, the Court need not address the other elements necessary for granting a preliminary injunction. *See Roho, Inc. v. Marquis*, 902 F.2d 356, 261 (5th Cir. 1990) (declining to address the remaining elements necessary to obtain a preliminary injunction after finding that the plaintiff failed to show a substantial likelihood of success on the merits).

***Plaintiff has failed to show the facts and law clearly favor his request for a preliminary injunction.***

The records before the Court do not establish a likelihood of success on the merits for the plaintiff. A review of the plaintiff's medical records indicates that the alleged aggravation of his medical condition is not caused by exposure to excessive heat. Plaintiff often complains that his J-Pouch is infected year-round, not just when the temperature is hot[i]. From January 2020 until September 1, 2026, the plaintiff made approximately 34 complaints about his J-Pouch[ii]. The plaintiff made 14 complaints when the temperature was at or above 88 degrees, and 20 complaints when the temperature was below 88 degrees[iii]. As such, it does not appear that excessive heat is the cause of the plaintiff's alleged infections in his J-Pouch.

Furthermore, the plaintiff has had lab work completed multiple times, and a pouchoscopy. Neither the labs nor the procedure revealed any evidence of an infection.

*See* R. Doc. 50-6, p. 80. Additionally, remedial heat measures are provided to the plaintiff. Plaintiff is seen by specialists in endocrinology and gastroenterology, and neither specialty has recommended any additional heat precautions for the plaintiff due to his medical conditions. As such, based upon the records before the Court, the plaintiff is not likely to succeed on the merits of his claim of exposure to extreme heat since the medical records provided to the Court do not indicate that the plaintiff's medical conditions are aggravated or worsened by exposure to extreme heat as alleged.

Additionally, the plaintiff has not shown that he will suffer irreparable injury. His medical records show that his medical complaints are promptly addressed, lab work and other procedures are completed when necessary, and the plaintiff is being followed by specialists. His medical records do not show any worsening of his condition over several years due to exposure to extreme heat, for which remedial measures are being provided. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion (R. Doc. 41) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall file cross-motions for summary judgment on or before December 11, 2026.

Signed in Baton Rouge, Louisiana, on November 5, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[i] Historical weather data obtained from Weather Underground for the nearest city (Baton Rouge, Louisiana) with data for all dates. *See* https://www.wunderground.com/history/daily/us/la/baton-rouge/ (last accessed November 5, 2026).

[ii]

| Date | Record | Page number(s) | Weather high |
|---|---|---|---|
| January 6, 2020 | R. Doc. 25-1 | p. 143 | 72°F |
| April 27, 2020 | R. Doc. 25-1 | p. 130 | 80°F |
| July 1, 2020 | R. Doc. 25-1 | p. 121 | **93°F** |
| August 18, 2020 | R. Doc. 25-1 | p. 113 | **95°F** |
| August 21, 2020 | R. Doc. 25-1 | p. 110 | **88°F** |
| October 20, 2020 | R. Doc. 25-1 | p. 96 | 87°F |
| November 17, 2020 | R. Doc. 25-1 | p. 88 | 75°F |
| January 6, 2021 | R. Doc. 25-1 | p. 45 | 64°F |
| February 11, 2021 | R. Doc. 25-1 | p. 78 | 67°F |
| June 1, 2021 | R. Doc. 25-1 | p. 74 | 87°F |
| September 8, 2021 | R. Doc. 25-1 | p. 62 | **88°F** |
| September 20, 2021 | R. Doc. 25-1 | p. 56 | **90°F** |
| December 14, 2021 | R. Doc. 25-1 | p. 48 | 75°F |
| December 28, 2021 | R. Doc. 25-1 | p. 46 | 80°F |
| January 3, 2022 | R. Doc. 25-1 | p. 37 | 50°F |
| January 19, 2022 | R. Doc. 25-1 | p. 47 | 74°F |
| April 21, 2022 | R. Doc. 25-1 | p. 44 | 85°F |
| May 24, 2022 | R. Doc. 25-1 | p. 42 | **88°F** |
| July 11, 2022 | R. Doc. 25-1 | p. 39 | **94°F** |
| April 27, 2023 | R. Doc. 25-1 | p. 34 | 82°F |
| December 15, 2025 | R. Doc. 50-6 | p. 19 | 50°F |
| January 28, 2026 | R. Doc. 50-6 | p. 71 | 55°F |
| February 26, 2026 | R. Doc. 50-6 | p. 15 | 79°F |
| March 5, 2026 | R. Doc. 50-6 | p. 14 | 83°F |
| March 9, 2026 | R. Doc. 50-6 | p. 13 | 83°F |
| March 30, 2026 | R. Doc. 50-6 | p. 12 | 82°F |
| April 30, 2026 | R. Doc. 50-6 | p. 10 | 75°F |
| May 28, 2026 | R. Doc. 50-6 | p. 113 | **88°F** |
| June 14, 2026 | R. Doc. 50-6 | pp. 8, 136 | **94°F** |
| July 17, 2026 | R. Doc. 50-6 | p. 6 | **93°F** |
| July 18, 2026 | R. Doc. 50-6 | pp. 5, 151 | **94°F** |
| July 23, 2026 | R. Doc. 50-6 | p. 4 | **91°F** |
| August 13, 2026 | R. Doc. 50-6 | pp. 3, 172 | **98°F** |
| September 1, 2026 | R. Doc. 50-6 | pp. 2, 200 | **88°F** |

[iii]

| Temperature | Complaints |
|---|---|
| At or Over 88°F | 14 |
| Below 88°F | 20 |
| Total | 34 |